ACCEPTED
1-15-00760-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 10:18:06 AM
CHRISTOPHER PRINE
CLERK



**JACKSON WALKER L.L.P.**
SINCE 1887
ATTORNEYS & COUNSELORS

John A. Koepke
(214) 953-6005 (Direct Dial)
(214) 661-6660 (Direct Fax)
jkoepke@jw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/9/2015 10:18:06 AM

CHRISTOPHER A. PRINE
Clerk

September 9, 2015

**VIA E-FILE**

Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002-2066

Re: **Court of Appeals Number:** 01-15-00760-CV
**Cause No. 2014-45802**; *Carolyn P. Austin, v. Coface Seguro De Credito Mexico, S.A. De C.V., as Attorney by Endorsement for Banco Monex, S.A., Institution De Banco Multiple, Monex Grupo Financiero;* in the 270th Judicial District Court of Harris County, Texas.

Dear Clerk:

The purpose of this letter is to pay an outstanding court filing fee of $205.00 to prosecute the appeal per Tex. R. App. P. 5.

Sincerely,

*John A. Koepke*

John A. Koepke

JAK:cjr

14648773v.1

901 Main Street, Suite 6000  •  Dallas, Texas 75202  •  (214) 953-6000  •  fax (214) 953-5822

www.jw.com  •  Austin  •  Dallas  •  Fort Worth  •  Houston  •  San Angelo  •  San Antonio  •  Texarkana  •  Member of GLOBALAW™